IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF SOUTH CAROLINA and ) <br> NIKKI R. HALEY, in her official capacity ) <br> as the Governor of South Carolina, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:11-cv-02958-RMG |

### ERRATA REGARDING
### SUPPLEMENTAL MEMORANDUM BY UNITED STATES OF AMERICA
### IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Plaintiff United States of America, by its undersigned counsel, respectfully submits this errata regarding the Supplemental Memorandum by United States of America in Support of Motion for Preliminary Injunction (ECF No. 107).

The paragraph on page 3 that says, "This Court preliminarily enjoined implementation of all four of these provisions. *U.S. v. South Carolina*, 840 F. Supp. 2d 898 (D.S.C. 2011)," should instead read as follows:

> This Court preliminarily enjoined implementation of Sections 4, 5, and 6 of Act 69. *U.S. v. South Carolina*, 840 F. Supp. 2d 898, 927 (D.S.C. 2011). The Court found that the United States was likely to succeed on the merits of Section 15, but that it had not "made a clear showing that it [would] likely suffer irreparable harm should Section 15 be enforced." *Id*.

                                                        Respectfully submitted,

                                                        STUART F. DELERY
                                                        Acting Assistant Attorney General

2

        s/William N. Nettles
        William N. Nettles (#6586)
        United States Attorney
        Wells Fargo Building
        1441 Main Street, Suite 500
        Columbia, South Carolina 29201
        Telephone:    (803) 929-3052
        Facsimile:    (803) 252-2759
        E-mail:    barbara.bowens@usdoj.gov

        ARTHUR R. GOLDBERG
        Assistant Director

        W. SCOTT SIMPSON
        Senior Trial Counsel

        Attorneys, Department of Justice
        Civil Division, Room 7210
        Post Office Box 883
        Washington, D.C. 20044
        Telephone:    (202) 514-3495
        Facsimile:    (202) 616-8470
        E-mail:    scott.simpson@usdoj.gov

        COUNSEL FOR PLAINTIFF
        UNITED STATES OF AMERICA

Dated:  September 28, 2012